The Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASEY D. COOTS,<br><br>Defendant,<br><br>and<br><br>TREVOR TIMOTHY DEMING,<br><br>Third-Party Petitioner. | NO. CR25-5024-BHS<br><br>**STIPULATION AND ORDER SETTLING THIRD-PARTY PETITION**<br><br>NOTE ON MOTION CALENDAR:<br>November 17, 2025 |

The United States and Third-Party Petitioner Trevor Timothy Deming present the following Stipulation and proposed Order to settle Mr. Deming's asserted interest in following property (the "Subject Firearms"), seized on or about November 4, 2024, from a residence in Woodland, Washington, which has already been forfeited by Defendant Casey D. Coots:

    a.    One Ruger 10-22 rifle (bearing serial number 0019-17047); and

    b.    One Palmetto State Armory AK-47 rifle (bearing serial number AKB051378).

Stipulation and Order - 1
*United States v. Coots,* CR25-5024-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## I. RELEVANT PROCEDURAL FACTS

On February 12, 2025, the United States filed an Indictment providing notice that it would seek forfeiture, pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), of the Subject Firearms. Dkt. No. 4.

On May 27, 2025, Defendant Casey D. Coots pled guilty to *Unlawful Possession of a Firearm*, in violation of 18 U.S.C. § 922(g)(1), as charged in Count 1 of the Indictment. Dkt. Nos. 4, 20. In his Plea Agreement, Defendant Coots agreed to forfeit any firearms and associated ammunition involved in his commission of *Unlawful Possession of a Firearm,* pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), including the Subject Firearms. Dkt. No. 20 ¶ 12.

On August 12, 2025, the Court issued a Preliminary Order of Forfeiture forfeiting Defendant's interest in the Subject Firearms to the United States. *See* Dkt. No. 28.

As required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, the United States published notice of the Preliminary Order of Forfeiture and of its intent to dispose of the preliminarily forfeited property (the Subject Firearms) in accordance with governing law. *See* Dkt. No. 38. That notice informed any third parties claiming an interest in the property that they were required to file a petition with the Court within 60 days of the date of the notice's first publication on August 14, 2025. *Id.*

As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States also sent notice and a copy of the Preliminary Order of Forfeiture to the sole potential claimant identified through review of the underlying investigative material: Trevor Timothy Deming. The United States sent Mr. Deming notice because he was identified in firearms records as a purchaser of the Subject Firearms. Mr. Deming submitted a Petition to the Subject Firearms, which this office filed with the Court. *See* Dkt. No. 39.

Stipulation and Order - 2
*United States v. Coots,* CR25-5024-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

No other third-party petitions were filed with respect to the Subject Firearms. The period for filing a petition to the Subject Firearms expired on or about October 13, 2025, for the published notice, and November 16, 2025, for direct notice.

## II.   STIPULATION

The United States and Trevor Timothy Deming HEREBY STIPULATE to the following facts:

1. In support of his Petition, Mr. Deming asserts that he is the rightful owner of the Subject Firearms.

2. The information provided by Mr. Deming is consistent with the underlying investigative material, including the firearms e-trace report for the Subject Firearms that confirms Mr. Deming purchased the Subject Firearms in 2021 from a Federal Firearms Licensee in Vancouver, Washington.

3. The Federal Bureau of Investigation has confirmed that Mr. Deming has no identifiable criminal history precluding him from possessing a firearm at this time.

4. Based on the information and affirmations reflected in Paragraphs 1–3, above, the United States agrees that Mr. Deming has a cognizable ownership interest in the Subject Firearms, pursuant to 21 U.S.C. § 853(n)(6)(A).

5. The United States recognizes Mr. Deming's interest in the Subject Firearms and agrees the government will return them to Mr. Deming when they are no longer needed for evidentiary purposes. At that time, the Federal Bureau of Investigations will return the Subject Firearms to Mr. Deming.

6. Mr. Deming understands the Subject Firearms constitute evidence in this case and cannot be returned prior to the completion of these criminal proceedings, to include any criminal appeal.

7. Mr. Deming understands and agrees the Subject Firearms will be returned to him in their current condition, as they were seized from Defendant Coots in this case.

Stipulation and Order - 3
*United States v. Coots,* CR25-5024-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8. Mr. Deming understands and agrees that this Stipulation fully and finally resolves his claim to the Subject Firearms. Mr. Deming waives any right to further litigate or pursue his Petition, or any other claim to the Subject Firearms, in this or any other proceeding, judicial or administrative.

9. Upon return of the Subject Firearms, Mr. Deming agrees to release and hold harmless the United States, its agents, representatives, and/or employees, as well as any involved state or local law enforcement agencies, their agents, representatives, and/or employees, from any and all claims Mr. Deming may possess, or that could arise, based on the seizure, detention, and return of the Subject Firearms.

10. The United States and Mr. Deming agree they will each bear their own costs and attorneys' fees associated with the seizure, detention, and return of the Subject Firearms, as well as with Mr. Deming's Petition and this Stipulation.

11. The United States and Mr. Deming agree that the terms of this Stipulation are subject to review and approval by the Court, as provided in the proposed Order below. If the Court enters the proposed Order, a violation of any term or condition of this Stipulation shall be construed to be a violation of that Order.

//

//

//

//

//

//

Stipulation and Order - 4
*United States v. Coots,* CR25-5024-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

12. The United States and Mr. Deming agree the Court shall have exclusive jurisdiction over interpretation and enforcement of this Settlement Agreement and Order.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

DATED: November 17, 2025

*s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov
*Counsel for the United States*

DATED: November 14, 2025

*s/ Trevor Timothy Deming*
TREVOR TIMOTHY DEMING
███████@gmail.com
*Third-Party Petitioner*

Stipulation and Order - 5
*United States v. Coots,* CR25-5024-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The Court, having reviewed the above Stipulation between the United States and Third-Party Petitioner Trevor Timothy Deming, as well as the other pleadings and papers filed in this matter HEREBY APPROVES the above Stipulation and its terms.

NOW, THEREFORE, THE COURT ORDERS:

The United States shall return the following property to Trevor Timothy Deming when it is no longer needed for evidentiary purposes:

    a.     One Ruger 10-22 rifle (bearing serial number 0019-17047); and

    b.     One Palmetto State Armory AK-47 rifle (bearing serial number AKB051378).

IT IS SO ORDERED.

DATED this 17th day of November, 2025.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Stipulation and Order - 6
*United States v. Coots,* CR25-5024-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

I hereby further certify that on November 17, 2025, I served the foregoing on the following parties who are not participating in ECF, by electronic mail, as indicated:

Trevor Timothy Deming
█████@gmail.com

*s/ Sophia J. Stoughton*
SOPHIA J. STOUGHTON
FSA Paralegal II, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Sophia.Stoughton@usdoj.gov

Stipulation and Order - 7
*United States v. Coots,* CR25-5024-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970